AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:17-mj-00233-VCF |
| ANDRE BANKHEAD | ) | |
| | ) | Charging District:   Southern District of Indiana |
| *Defendant* | ) | Charging District's Case No.   1:17-cr-31-LSU-MJD-0 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Southern District of Indiana<br>46 East Ohio St.<br>Indianapolis, IN 46204 | Courtroom No.:  270 |
|---|---|---|
| | | Date and Time:  04/03/2017 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   March 22, 2017

*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*



```
____ FILED           ____ RECEIVED
____ ENTERED         ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAR 2 2 2017

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```